# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# STARDEW VALLEY

**Reg. No. 5,226,230**
**Registered Jun. 20, 2017**
**Int. Cl.: 9, 25, 28, 41**
**Service Mark**
**Trademark**
**Principal Register**

ConcernedApe LLC (WASHINGTON LIMITED LIABILITY COMPANY)
1215 E. Spring Street
Seattle, WA 98122

CLASS 9: Computers; computer hardware; electronic games software adapted for use with television receivers; computer games software; computer game programs; video games software; computer games programs; computer games software downloaded or downloadable via the Internet; computer games software publications, namely, magazines, newsletters and e-zines in the fields of computer games, computer game video programs, and interactive computer games, all downloaded via the Internet; interactive entertainment software; electronic data recorders, namely, recorders logging data electronically from the Internet and recorders logging data in machine readable form from the Internet; apparatus and instruments for recording, reproducing and transmitting sound and video data; sound and video recording apparatus; sound and video recording media, namely, sound and video recording carriers, blank optical and magnetic discs for audio and video signals, and blank USB flash drives; musical sound recordings; digital music downloadable from the Internet; discs, tapes, CD-ROMs and DVDs, all bearing games software or video games

CLASS 25: Footwear and headwear; shirts; t-shirts; camisoles; pullovers; sweatshirts; knitwear, namely, sweaters, shirts, skirts and dresses; skirts; dresses; trousers; shorts; coats; jackets; pyjamas; undergarments; underwear; belts; scarves; gloves; neckties; socks; blouses; swimsuits; caps; hats; baseball caps; shoes; sweat bands for the wrist; leather belts

CLASS 28: Games, namely, arcade games; apparatus for electronic games, namely, hand-held units for playing electronic games, amusement apparatus adapted for use with an external display screen or monitor, apparatus for electronic games other than those adapted for use with an external display screen or monitor, and hand held units for playing electronic games other than those adapted for use with an external display screen or monitor; audiovisual games on computer hardware platforms, not for use with television receivers; home video game machines and hand-held units for playing video game other than those adapted for use with an external display or monitor; parts and fittings for all the aforesaid goods; board games; equipment sold as a unit for playing card games, namely, playing cards and card games; game equipment sold as a unit for playing board games and card games; stand-alone video output games machines, and manipulative puzzles; playing cards; card games; three dimensional puzzles; plush toys; soft toys, namely, soft sculpted toys; modeled plastic toy figurines; construction toys; vinyl toys, namely, vinyl dolls; toy weapons; toy masks

CLASS 41: Entertainment services, namely, providing online electronic games, online computer games, and online video games; providing online non-downloadable game software; entertainment services, namely, production of sound recordings, and production of sound and music video recordings; organization of games; entertainment services, namely, providing temporary use of non-downloadable interactive games; education and



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

entertainment services, namely, production of cinematographic, televisual, digital and motion picture films, radio and television programs and shows; preparation, editing and production of cinematographic, televisual, digital and motion picture films, radio and television programs; entertainment and educational services, namely, providing temporary use of non-downloadable computer and video games and computer video game software; entertainment, namely, live concert, musical and video performances; providing temporary use of non-downloadable games software played via a global computer network; production of musical sound recordings

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN (EU) OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET (OHIM) APPLICATION NO. 015192181, FILED 03-08-2016, REG. NO. 015192181, DATED 07-13-2016, EXPIRES 03-08-2026

SER. NO. 87-021,830, FILED 05-02-2016
ADETAYO JANET ADEYIGA, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.