# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**PA 2-536-817**

**Effective Date of Registration:**
June 10, 2025
**Registration Decision Date:**
June 24, 2025



## Title

    **Title of Work:**  Stardew Valley

## Completion/Publication

    **Year of Completion:**  2016
    **Date of 1st Publication:**  February 26, 2016
    **Nation of 1st Publication:**  United States

## Author

-     **Author:**  ConcernedApe LLC
    **Author Created:**  audiovisual material, computer program

    **Work made for hire:**  Yes
    **Domiciled in:**  United States

## Copyright Claimant

    **Copyright Claimant:**  ConcernedApe LLC
    701 N. 36th St., Suite 200, Seattle, WA, 98103, United States

## Certification

    **Name:**  Robert Muraski
    **Date:**  June 10, 2025

    **Correspondence:**  Yes

**Registration #:** PA0002536817
**Service Request #:** 1-14936663591



McNaul Ebel Nawrot & Helgren PLLC
Robert Muraski
600 University St., Suite 2700
Seattle, WA 98101 United States