**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| ConcernedApe LLC, <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 25-cv-1537 |

## **SCHEDULE A – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under Seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.