IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ConcernedApe LLC,<br><br>                    Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>                    Defendants. | Case No. 1:25-cv-01537-RP<br><br>Hon. Robert Pitman |

## PLAINTIFF'S *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff, ConcernedApe LLC ("Plaintiff"), by and through its undersigned counsel, respectfully moves for an order to extend the Court's Order granting *ex parte* application for entry of a Temporary Restraining Order. ECF No. 12.

On October 7, 2025 this Court issued its Order granting Plaintiff's *Ex Parte* Application for Entry of a Temporary Restraining Order (ECF No. 12) (the "TRO"). The TRO is set to expire on October 21, 2025.

Plaintiff requests a 14-day extension to the temporary restraining order to expire on November 4, 2025. This extension is necessary so that Plaintiff can receive Defendants' identifying information from the subpoenaed third-party platforms, in order to effectuate service on Defendants, as well as to give all Defendants fair notice of any preliminary injunction hearing.

Upon this Court's granting of the TRO, Plaintiff immediately served the third-party online storefronts which host services for the Defendants, subpoenas to identify the Defendants on Schedule A and to restrain the respective accounts of the Defendants. Although the Court also

granted Plaintiff alternative service by e-mail on Defendants, service cannot occur until the Defendants are identified in response to the subpoenas.

Rule 45 subpoenas must allow a reasonable time for compliance. Fed. R. Civ. P. 45(d)(3)(A). As of this filing, Plaintiff has not received a response from all of the subpoenaed third-party online storefronts.

Additionally, prior to a preliminary injunction hearing, Rule 65 requires that the nonmoving party be provided notice and an opportunity to present its opposition. *Williams v. McKeithen*, 939 F.2d 1100, 1105 (5th Cir. 1991). While Rule 65 does not define "notice," the notice requirement "implies a hearing in which the defendant is given a fair opportunity to oppose the application and to prepare for such opposition." *Id.* (quoting *Granny Goose Foods, Inc. v. Brotherhood of Teamsters and Auto Truck Drivers Local No. 70*, 415 U.S. 423, 434 n. 7 (1974)).

Pursuant to Rule 65, this Court may issue a temporary restraining order for a period of fourteen (14) days, and "for good cause shown," may extend a temporary restraining order for a "like period" of time. Fed. R. Civ. P. 65(b)(2).

Here, there is good cause to extend the TRO because Plaintiff is presently unable to serve the Defendants. Although Plaintiff diligently and expeditiously proceeded to serve its subpoena, even if the third-party online storefronts were instantaneously served their subpoenas after the TRO was issued, it is extremely unlikely that Plaintiff would have received its replies by this time yet alone been able to serve the Defendants and afford them reasonable notice of a preliminary injunction hearing. Plaintiff respectfully submits that this 14-day extension is the reasonably soonest timeframe it can effectuate service such that Defendants would be afforded a fair opportunity to oppose the application.

WHEREFORE, Plaintiff respectfully requests that the TRO be extended by 14 days to November 4, 2025.

Dated: October 20, 2025                             Respectfully submitted,

/s/ *Karolina Jozwiak*
Karolina Jozwiak
***One of the Attorneys for Plaintiff***

Matthew De Preter
Sofia Quezada-Hastings
Karolina Jozwiak
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
312-755-3186
cdepreter@agdglaw.com
shastings@agdglaw.com
kjozwiak@agdglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will provide electronic notification of such filing to all attorneys of record.

/s/ *Karolina Jozwiak*
Karolina Jozwiak
One of the Attorneys for Plaintiff