IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CONCERNEDAPE LLC,<br><br>  Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>  Defendants. | Case No. 1:25-cv-1537-RP<br><br>Hon. Robert Pitman |

### PLAINTIFFS' MOTION FOR LEAVE TO APPEAR REMOTELY AND TO RESET THE PRELIMINARY INJUNCTION HEARING

NOW COMES ConcernedApe LLC ("Plaintiff") by and through its attorneys of record, to present its Motion for Leave to Appear Remotely and Reset Hearing. In Support of its Motion, Plaintiff states as follows:

1. On November 6, 2025, this Court entered an Order setting an in-person hearing on Plaintiff's Motion for Preliminary Injunction for November 18, 2025 at 9:30 a.m. Central Time. Dkt 19.

2. The undersigned, Plaintiff's counsel, is located in Chicago, Illinois, and is postpartum.

3. Further, Plaintiff's counsel has a conflict on November 18, 2025.

4. Defendants are located in foreign jurisdictions, mainly in China, their opportunity to appear at the preliminary injunction hearing is highly unlikely, unless the hearing is conducted remotely, either via telephonic means or by Zoom.

5. This request is made in good faith and does not prejudice the Defendants, but in fact benefits all parties.

2

WHEREFORE, Counsel respectfully requests that this Court reset the hearing to another date, such as November 19, 2025, for virtual attendance so that counsel may appear remotely; or alternatively that this Court permits lead counsel to participate via telephone, if the Court conducts the hearing in-person.

Dated: November 7, 2025              Respectfully submitted,

                                     /s/ *Sofia Quezada Hastings*
                                     Sofia Quezada Hastings
                                     ***One of the Attorneys for Plaintiff***

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
312-755-3139
shastings@agdglaw.com