UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ConcernedApe LLC | § |
| | §   CIVIL NO: |
| vs. | §   AU:25-CV-01537-RP |
| | § |
| The Partnerships and Unincorporated Associations Identified | § |

ORDER RESETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, November 18, 2025 at 10:00 AM**. (TIME CHANGE ONLY)

IT IS SO ORDERED this 13th day of November, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE