IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ConcernedApe LLC,<br><br>                Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                Defendants. | Case No. 1:25-cv-01537-RP<br><br>Hon. Robert Pitman |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), ConcernedApe LLC ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| DOE | Name |
|---|---|
| 5 | GOLEEX |
| 44 | dominating-plush-toys |
| 46 | funk-station78 |
| 47 | hella-plush-shop |
| 60 | Petimint |
| 75 | sumeisumei |
| 107 | Luohe Datai |
| 128 | smailshop2024-8 |

Dated: November 13, 2025

                                                Respectfully submitted,

                                                /s/ *Karolina Jozwiak*
                                                Karolina Jozwiak
                                                ***One of the Attorneys for Plaintiff***

Sofia Quezada Hastings
Karolina Jozwiak
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com
kjozwiak@agdglaw.com