# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CONCERNEDAPE LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-01537 |
| THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE A, | ) Honorable Judge Robert Pitman |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND

Defendants nkseof, GZFeiyi, MANFUU, LSUYE, Eryofdh Toy, Jollyzo Toys Co.,Ltd, ladyboutiquebd.com, mywesternoutfit.com, and westernfeelings.com ("Defendants") respectfully move this Court for an extension of time, up to and including December 10, 2025, for Defendants to answer or otherwise respond in this matter. In support thereof, Defendants state as follows:

1. The current deadline for Defendants to answer or otherwise respond in this matter is November 19, 2025. Dkt. No. 17.

2. Plaintiff and Defendants have been conducting a good faith settlement negotiation and additional time is needed for Defendants to investigate and prepare a proper response to the Complaint.

3. Defendants request an extension of time until December 10, 2025, to answer or otherwise respond to the complaint in this matter.

-2-

4. Plaintiff has consented to this extension of time.

5. This is Defendants' first extension of time request. This motion is brought in good faith and will not cause prejudice to the parties.

WHEREFORE, Defendants respectfully request this Court grant this unopposed motion and extend the deadline by which Defendants are to answer or otherwise respond to the complaint in this matter, up to and including December 10, 2025.

Dated: November 19, 2025                     Respectfully submitted,

                                             */s/ Timothy T. Wang*
                                             Timothy T. Wang
                                             **NI, WANG & MASSAND, PLLC**
                                             8140 Walnut Hill, Ste. 615
                                             Dallas, TX 75231
                                             Telephone: (972) 331-4603
                                             Fax: (972) 314-0900
                                             twang@nilawfirm.com


                                             **ATTORNEY FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

On November 19, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, Austin Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

                                             */s/ Timothy T. Wang*
                                             Timothy T. Wang