IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CONCERNEDAPE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 1:25-CV-1537-RP |
| | § | |
| CEYYO, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Susan Hightower concerning Plaintiff ConcernedApe LLC's ("Plaintiff") Motion for Default Judgment, (Dkt. 49). (R. & R., Dkt. 57).[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her report and recommendation on July 17, 2026. (*Id.*). As of the date of this order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no

[1] Prior to the Magistrate Judge issuing her report and recommendation on the Motion for Default Judgment, the Court found that joinder had not been sufficiently established and ordered that all Defendants but one be severed from this action. (Order, Dkt. 56). The Magistrate Judge's report and recommendation therefore only addresses the sole remaining Defendant, identified as "CEYYO" on Amazon.com. As of the date of this Order, there is a pending motion for Court to reconsider its Order, (Dkt. 56). (Mot. for Reconsideration, (Dkt. 60).

timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 57), is **ADOPTED**, such that Plaintiff's Motion for Default Judgment, (Dkt. 49), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded statutory damages from CEYYO in the amount of $40,000.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff against CEYYO that it has willfully infringed Plaintiff's rights in its federally registered trademark, pursuant to 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a) and (c), and that it has willfully infringed Plaintiff's rights in its federally registered copyrights pursuant to 17 U.S.C. §501; and otherwise injured the business reputation and business of Plaintiff by CEYYO's acts and conduct;

**IT IS FURTHER ORDERED** that Plaintiff is awarded a permanent injunction, such that CEYYO, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with CEYYO having notice of this Order are restrained and enjoined until further Order of this Court:

**a.** From using the Stardew Valley IP or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Stardew Valley product or not authorized by Stardew Valley to be sold in connection with the Stardew Valley IP;

**b.** using the Stardew Valley Trademark and/or copyrighted material or any reproduction, counterfeit, copy, or colorable imitation of the same, in any manner likely to cause others to believe that CEYYO's products are approved by Plaintiff;

**c.** passing off, inducing, or enabling others to sell or pass off any product as a genuine Stardew Valley product or any other product produced by Stardew Valley, that is not Stardew Valley's or not produced under the authorization, control, or supervision of Stardew Valley and approved by Stardew Valley for sale under the Stardew Valley IP;

**d.** committing any acts calculated to cause consumers to believe that CEYYO's products are those sold under the authorization, control, or supervision of Stardew Valley, or are sponsored by, approved by, or otherwise connected with Stardew Valley; and

**e.** manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Stardew Valley, nor authorized by Stardew Valley to be sold or offered for sale, and which bear any of the Stardew Valley IP, or any reproductions, counterfeit copies, or colorable imitations.

**f.** disposing of, destroying, moving, secreting, relocating, and/or transferring any and all of CEYYO'S Unauthorized/Infringing Works, without Court direction; and

**g.** assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs;

**IT IS FURTHER ORDERED** that CEYYO shall not transfer or dispose of any money or other of its assets in any of its financial accounts.

**IT IS FURTHER ORDERED** that, upon Plaintiff's request, those with notice of the injunction, including without limitation, any online marketplace platforms such as eBay, AliExpress,

Wish.com, Amazon, and Walmart (collectively, the "Third Party Providers") shall disable and cease displaying any advertisements used by or associated with CEYYO in connection with the sale of counterfeit and Unauthorized/Infringing Works bearing the Stardew Valley Trademark and/or copyrighted material;

**IT IS FURTHER ORDERED** that CEYYO and any and all persons controlled by or acting in concert with CEYYO are required to deliver up to Plaintiff for destruction all goods, works, packages, and any other written or printed materials (including electronic files) that bear or depict the Stardew Valley Trademark and/or copyrighted material, or any reproduction, counterfeit, copy, or colorable imitation of the same, or that are otherwise in violation of this Court's order issued pursuant hereto, and all means for making the same.

**IT IS FINALLY ORDERED** that Plaintiff shall serve this Order upon Defendant CEYYO using the means previously used to serve Defendant CEYYO on or before **August 25, 2026**, and shall file a notice on the docket informing the Court when such service has been accomplished.

**SIGNED** on August 18, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE